**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

MARCUS MALONE,

     Plaintiff,

v.                                 Case No. 2:25-cv-02219-MSN-tmp

STEPHANIE MILLS,

     Defendant.

**ORDER DENYING PLAINTIFF'S MOTION TO SET ASIDE DEFAULT**

The proceedings in this case are confusing. Presently before the Court is a filing entered on the docket as Plaintiff's "First Motion to Set Aside Default Default Judgment" (ECF No. 22, "Motion"), filed March 27, 2026. Internally, however, that Motion is titled "Motion to Set Aside Order Denying Motion for Summary Judgment." (*Id.*) Substantively, Plaintiff asks that this Court either (1) set aside an entry of default, or (2) set aside a final default judgment. (*Id.* at PageID 87.) For the sake of clarity, no motion for summary judgment has been filed in this case. Nor has any default or default judgment been entered.

From what the Court can discern, the Motion actually relates to Plaintiff's unsuccessful attempts to obtain a default judgment. Initially, Plaintiff filed a Motion for Declaratory Judgment (ECF No. 15) on February 11, 2026, in which the actual relief requested was a default judgment. The Clerk of Court issued an appropriate deficiency notice indicating that the wrong CM/ECF event was used. (ECF No. 17.) A day later, on February 12, 2026, Plaintiff filed a correctly titled Motion for Default Judgment. (ECF No. 19.) But as close readers of Rule 55 will be aware, in order to obtain a default judgment, a party must first move for entry of default. Fed. R. Civ. P.

55(a).  And upon denying the motion for default judgment, the Clerk duly notified Plaintiff of that procedure twice.  (*See* ECF Nos. 20 & 21.)

Because there is nothing to "to aside," which is the relief Plaintiff seeks, the Motion (ECF No. 22) is **DENIED**.  If Plaintiff still seeks a default judgment, he should comply with the procedure provided in Rule 55.

**IT IS SO ORDERED**, this 30th day of April, 2026.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE